# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## *MiAngel Cody*

was duly admitted to practice in this Court on 04/03/2020,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 04/09/2020.



*David J. Weaver*
Clerk

*Deputy Clerk*