November 9, 2023

Amanda K. Rogers, Assist. Professor
Villanova University Charles Widger School of Law
299 N. Spring Mill Road
Villanova, PA 19085

RE: Malone, Perry #07143-003

Ms. Amanda K. Rogers:

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Mr. Malone does not meet the criteria for Compassionate Release/Reduction in Sentence based on extraordinary or compelling circumstances. He failed to provide the extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of sentencing. Additionally, he failed to include a plan on where he would receive medical treatment and how he would pay for such treatment, although this is not the basis for your request. Accordingly, his RIS request is denied.

If he is attempting to apply the 821 Amendment as it pertains to Compassionate Release/RIS you may petition the court directly or the court may issue the order for eligible offenders. The Bureau of Prisons is not exercising its authority to file motions under U.S.S.G 1B1.13(b) (6) titled 'Unusually Long Sentences'. The bureau will not be filing motions requesting a sentence reduction. In addition, the Bureau of Prisons is not assessing whether Mr. Malone may be eligible for sentence reduction under this provision. I hope this addresses your concerns.

Sincerely,

G. Swaney, Warden

12/14/23
Date