April 22, 2024

Judge William Steele
United States District Court
Southern District of Alabama

                Re: Perry Malone Motion for Sentence Reduction

Dear Judge Steele,

    I am sending this letter in response to Perry Malone's assertion in his Motion for a Sentence Reduction that his criminal drug trafficking offenses were non-violent.

    In August of 2007, I retired from the FBI as a Special Agent after more than 32 years of service. From June of 1994 to August 2007, I was assigned to the FBI's Mobile Division and primarily worked drug trafficking investigations.

    I was the FBI case Agent assigned to the Perry Malone crack cocaine investigation in the late 1990s. At the same time, Malone was also the subject of a DEA cocaine investigation involving the transportation of cocaine from Florida to Mobile. Malone was indicted in the Southern District of Alabama in both cases. Vivian Brown was one of Malone's co-defendants in the Florida to Mobile case. She subsequently cooperated and was to testify against Malone and others. Prior to Malone's back-to-back trials, before dawn one morning Vivian Brown was murdered in Mobile as she attempted to enter her vehicle to go to work.

    I assisted the DEA and then Mobile Police Department Narcotics Investigator Paul Burch, who subsequently transferred to the Mobile County Sheriff's Department (MCSO) and is now the MCSO Sheriff, in the homicide investigation. Malone was a primary person of interest in Brown's murder, but due to the lack of sufficient evidence, was never prosecuted for the murder. During the murder investigation, I interviewed a potential witness in the Malone drug cases, whose name I cannot recall, who told me that she/he overheard Malone talking with one of his female relatives before the murder about the need to prevent Brown from testifying against him and that he (Malone) needed to do something about it.

    This information is based upon my recollection since I do not have access to review any FBI investigative reports or files from twenty-five years ago.

                                                      Alan Ducote

*/s/ Alan A. Ducote*