

# Mobile County Sheriff's Office
Sheriff Paul Burch, Jr.

April 23, 2024

Honorable William H. Steele
U.S. District Judge, Southern District of Alabama

Re: Perry Malone; Early Release from Federal Prison

Dear Judge Steele,

In the early to mid-1990's I personally arrested Perry Malone several times for possession and distribution of crack cocaine where he was typically armed with a handgun at each interaction. Malone was a known crack cocaine dealer and was feared in the West Mobile community where he lived and conducted his criminal activity.

Not only is Malone a convicted drug dealer, it is believed that Malone orchestrated the murder of a key witness in his federal trial in 1999. Vivian Brown, a DEA informant who transported drugs for Perry Malone, was executed by Malone's juvenile nephew, Donozan Floyd, in her home in order to prevent her from testifying against Malone in Federal Court. Floyd was tried and convicted in Federal Court for the murder of Vivian Brown.

Perry Malone was a menace to the citizens of Mobile, Alabama. It is reprehensible that a known drug dealer order the murder of a witness and then simply avoid prosecution. As the current Sheriff of Mobile County and a thirty-five (35) year law enforcement veteran who has personally dealt with and arrested Malone on multiple occasions in the past, I believe that Perry Malone will continue to be a violent menace to society and will re-establish his criminal enterprise and should not under any circumstance be granted an early release from Federal Prison.

Respectfully,

Paul Burch, Jr.
Sheriff

PB/mh