# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** | **98cr183** |
| v. | **98cr184** |
| **PERRY MALONE** | **Honorable William H. Steele** |

## NOTICE OF COUNSEL'S NEW CONTACT INFORMATION

TO: The clerk of court and all parties of records. On October 6, 2023 this Court granted undersigned counsel's Motion for Leave to Appear Pro Hac Vice as to Mr. Perry Malone. On March 26, 2024 undersigned counsel and co-counsel Katherine Moss filed Mr. Malone's Motion for a Reduction in Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A). Government filed a response and the defense filed a reply to that response on May 7, 2024. At the time of the defense filings, undersigned counsel was the Director of the Caritas Clemency Clinic at Villanova University Charles Widger School of Law. Undersigned counsel is now a Visiting Professor with Georgetown Law's Criminal Justice Clinics. As such, undersigned is providing notice of her new contact information for the Court and parties of record.

/s/ Amanda K. Rogers
Amanda K. Rogers, Esq. PA Bar No. 331489, *Pro Hac Vice*
Counsel for Perry Malone
Criminal Justice Clinics
Georgetown Law
600 New Jersey Avenue, NW
Washington, D.C. 20001-2075
amanda.rogers@law.georgetown.edu
610-662-9089